**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-4008-18T1

IN RE PETITION OF CEP SOLAR
LTD. FOR MODIFICATION OF
SETTLEMENT AGREEMENT
OF BPU ORDER DATED 6/29/16;
IN THE MATTER OF THE
IMPLEMENTATION OF P.L. 2012,
C. 24, THE SOLAR ACT OF 2012;
IN THE MATTER OF THE
IMPLEMENTATION OF P.L. 2012,
C. 24, N.J.S.A. 48:3-87 (Q)(R)(S)

Submitted May 12, 2020 - Decided May 26, 2020

Before Judges Accurso and Rose.

On appeal from the State of New Jersey Board of Public Utilities, Docket No. QO19030303.

Genova Burns LLC, attorneys for appellant CEP Solar Ltd. (Angelo J. Genova, of counsel and on the briefs; Lawrence Bluestone, on the briefs).

Gurbir S. Grewal, Attorney General, attorney for respondent Board of Public Utilities (Sookie Bae-Park, Assistant Attorney General, of counsel; Peter Robert Van Brunt, Deputy Attorney General, on the brief).

PER CURIAM

This matter having been amicably adjusted and the parties having stipulated to the dismissal of this appeal, it is hereby ordered that the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

2

A-4008-18T1